# UNITED STATES DISTRICT COURT

## DISTRICT OF COLORADO

UNITED STATES OF AMERICA

v.

JOHN A. BLANKENSHIP

**JUDGMENT IN A CRIMINAL CASE**
**(For a Petty Offense)**

CASE NUMBER:  1:07-po-01184-MJW-1

USM Number:  35195-013

Janine Yunker, AFPD
(Defendant's Attorney)

**THE DEFENDANT:** Pleaded guilty to count 1 of the Violation Notice.

**ACCORDINGLY,** the court has adjudicated that the defendant is guilty of the following offense:

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 U.S.C. § 13 and 36 C.F.R. § 4.23(a)(1) | Driving Under the Influence | 08/19/07 | 1 |

The defendant is sentenced as provided in pages 2 through 5 of this judgment.  The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

October 12, 2007
Date of Imposition of Judgment

_s/Craig B. Shaffer
Signature of Judicial Officer

Craig B. Shaffer, U.S. Magistrate Judge
Name & Title of Judicial Officer

10/23/07
Date

DEFENDANT:  JOHN A. BLANKENSHIP
CASE NUMBER:  1:07-po-01184-MJW-1                          Judgment-Page 2 of 5

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of five (5) days, suspended, on the condition he fully complies with state probation (Larimer County).

## RETURN

I have executed this judgment as follows:

_____

_____

_____

_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
                         UNITED STATES MARSHAL

By_____

DEFENDANT:  JOHN A. BLANKENSHIP
CASE NUMBER:  1:07-po-01184-MJW-1                                      Judgment-Page 3 of 5

Deputy United States Marshal

DEFENDANT:  JOHN A. BLANKENSHIP
CASE NUMBER:  1:07-po-01184-MJW-1                    Judgment-Page 4 of 5

## MONETARY OBLIGATIONS

The defendant shall pay the following monetary obligations in accordance with the schedule of payments set forth below.

| Count | Assessment | CVB | Fine | Restitution |
|-------|-----------|------|-------|-------------|
| 1 | $25.00 | $0.00 | $250.00 | $0.00 |
| **TOTALS** | $25.00 | | $250.00 | $0.00 |

Interest on the fine will be waived, upon the court's finding that the defendant does not have the ability to pay interest.

DEFENDANT:  JOHN A. BLANKENSHIP
CASE NUMBER:  1:07-po-01184-MJW-1                                   Judgment-Page 5 of 5

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total monetary obligations shall be due as follows:

The $25 special assessment fee is due in full immediately.  The defendant shall make monthly payments of $50 until the $250 fine is paid.

All monetary obligation payments, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court, unless otherwise directed by the court, the probation officer, or the United States Attorney.

The defendant shall receive credit for all payments previously made toward any monetary obligations imposed.

Payments shall be applied in the following order:  (1) special assessment, (2) fine principal.

DEFENDANT:  JOHN A. BLANKENSHIP
CASE NUMBER:  1:07-po-01184-MJW-1                              Judgment-Page 6 of 5

## STATEMENT OF REASONS

The court adopts the factual statements and guideline applications in the presentence report.

**Guideline Range Determined by the Court:**

Total Offense Level:

Criminal History Category:

Imprisonment Term:  NMT 6 months

Supervised Release Term:  NMT 1 year

Fine                            NMT $5,000
Range:

Total Amount of                 None.
Restitution:

The sentence is within the guideline range, that range does not exceed 24 months, and the court finds no reason to depart from the sentence called for by the application of the guidelines.